In the Matter of CARLOS ABREU, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent.

Submitted September 10, 2012; decided October 25, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of CARLOS ABREU, Appellant, v MICHAEL F. HOGAN, as Commissioner of Mental Health, et al., Respondents.

Submitted June 25, 2012; decided October 25, 2012

Submitted September 10, 2012; decided October 25, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that the July 2012 Appellate Division order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the July 2012 Appellate Division order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.